THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVON GILES, Appellant. [952 NYS2d 446]—

Defendant made a valid waiver of his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]). The court's thorough colloquy with defendant was itself sufficient to establish the validity of the waiver. In addition, the colloquy was supplemented by a written waiver.

As an alternative holding (*see People v Callahan*, 80 NY2d 273, 285 [1992]), we reject defendant's challenges to the statutes relating to possession of gravity knives (*see People v Herbin*, 86 AD3d 446, 446-447 [1st Dept 2011], *lv denied* 17 NY3d 859 [2011]). Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Manzanet-Daniels, JJ.